**No. 09-10253. Alonzo M. McQueen, Petitioner v. Florida.**

561 U.S. 1012, 130 S. Ct. 3471, 177 L. Ed. 2d 1068, 2010 U.S. LEXIS 5008.

June 21, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

**No. 09-10255. David Allen Jones, Petitioner v. Ronald King, Superintendent, South Mississippi Correctional Institution.**

561 U.S. 1012, 130 S. Ct. 3471, 177 L. Ed. 2d 1068, 2010 U.S. LEXIS 5151, ■

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 360 Fed. Appx. 569.

**No. 09-10260. Jason Reaves, Petitioner v. Florida.**

561 U.S. 1013, 130 S. Ct. 3471, 177 L. Ed. 2d 1068, 2010 U.S. LEXIS 5117.

June 21, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 23 So. 3d 729.

**No. 09-10267. Jeffrey Willis, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

561 U.S. 1013, 130 S. Ct. 3471, 177 L. Ed. 2d 1068, 2010 U.S. LEXIS 5140, ■

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-10271. Nigel Clarke, Petitioner v. John Lempke, Superintendent, Five Points Correctional Facility, et al.**

561 U.S. 1013, 130 S. Ct. 3472, 177 L. Ed. 2d 1068, 2010 U.S. LEXIS 5126.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-10273. Geoffrey Eason, Petitioner v. Louisiana.**

561 U.S. 1013, 130 S. Ct. 3472, 177 L. Ed. 2d 1068, 2010 U.S. LEXIS 5025.

June 21, 2010. Petition for writ of certiorari to the Court of Appeal of Louisiana, Second Circuit, denied.

Same case below, 3 So. 3d 685.

**No. 09-10282. Kimberley Gayle Perigo, Petitioner v. Millicent Newton Embry, Warden, et al.**

561 U.S. 1013, 130 S. Ct. 3472, 177 L. Ed. 2d 1068, 2010 U.S. LEXIS 5160.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 356 Fed. Appx. 206.